UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-37272 |
|---|---|
| DONALD DUANE GEISZ | (Chapter 13) |
| SHARON LYNN GEISZ | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3970491**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 18 | HAMILTON RADIOLOGY<br>BOX 641830<br>CINCINNATI, OH  45264 | 1.87 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/25/2009

|  | Certificate of Service | 05-37272 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DONALD DUANE GEISZ
SHARON LYNN GEISZ
721 RIDGELAWN AVENUE
HAMILTON, OH  45013

G TIMOTHY DEARFIELD
230 NORTHLAND BLVD
SUITE 230
CINCINNATI, OH  45246

(35.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(18.1)
HAMILTON RADIOLOGY
BOX 641830
CINCINNATI, OH  45264

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       cs