UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                        CASE NO: 05-37272
   DONALD DUANE GEISZ                                (Chapter 13)
   SHARON LYNN GEISZ
                          Debtors             JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976241**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 28 | PROFESSIONAL RADIOLOGY INC<br>BOX 631110<br>CINCINNATI, OH  45263 | 21.85 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/29/2009

Certificate of Service                    05-37272

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DONALD DUANE GEISZ            G TIMOTHY DEARFIELD            (35.1n)
SHARON LYNN GEISZ            230 NORTHLAND BLVD            B FIRST LLC
721 RIDGELAWN AVENUE         SUITE 230                     MAIL STOP 550
HAMILTON, OH 45013           CINCINNATI, OH 45246          2101 FOURTH AVENUE SUITE 1030
                                                           SEATTLE, WA 98121

(28.1)
PROFESSIONAL RADIOLOGY INC
BOX 631110
CINCINNATI, OH 45263

Jeffrey M. Kellner BY        _____/s/ Jeffrey M. Kellner_____        cs